## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PAULA ANN COLLINS,

     Plaintiff,

     v.                        Case No.:  6:26-cv-00747-PGB-LHP

PRINCIPAL LISA SUGGS,
ORANGE COUNTY SCHOOL
BOARD, SECURITY SUPERVISOR
ADDRIENE RUBEL, AND
SUPERVISOR MEGA RICHARDS,

     Defendants,

### ORDER

Before the Court is Plaintiff's letter request for electronic filing, which has been construed as a motion for leave to file electronically.  Doc. No. 11.  Upon consideration of the representations therein, the motion (Doc. No. 11) is **GRANTED.**

The Court will permit Plaintiff to file electronically via CM/ECF, provided that Plaintiff complies with the Administrative Procedures for Electronic Filing.[1] Failure to comply will result in the removal of electronic filing privileges.  Plaintiff

---

[1] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov, by selecting "Filing a Case," and "Administrative Procedures for Electronic Filing (PDF)."

-1-

is further advised that the privilege granted herein will be revoked if she misuses or abuses CM/ECF.     Plaintiff is directed to the Court's website, https://www.flmd.uscourts.gov/cmecf, for the requirements of Non-Attorney E-File Registration.

**DONE** and **ORDERED** in Orlando, Florida on May 28, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-2-