## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PAULA ANN COLLINS,

      Plaintiff,

      v.                          Case No.:  6:26-cv-00747-PGB-LHP

PRINCIPAL LISA SUGGS,
ORANGE COUNTY SCHOOL
BOARD, SUPERVISOR
ADRIENNE RUBEL, KELLY
SERVICES; AND SUPERVISOR
MEGAN RICHARDS,

      Defendants,

### ORDER

Before the Court is a filing from Plaintiff, who appears *pro se*, titled "Order to Show Cause" and requesting various forms of relief, such as lost wages, punitive damages, compensatory damages, and damages for pain and suffering. Doc. No. 16. The filing has been construed as a motion and referred to the undersigned.

Upon consideration, the motion (Doc. No. 16) is **DENIED without prejudice**. First, the motion is unsigned, in violation of Federal Rule of Civil Procedure 11(a). Second, the motion also fails to comply with this Court's Local Rule 3.01(b) because it does not include a memorandum of legal authority in support. Any renewed motion must comply with all applicable Federal Rules of Civil Procedure and Local

-1-

Rules of this Court.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on July 6, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-2-